**Joseph LAGANA, Plaintiff—Appellant,**

**v.**

**Doctor TESSEMA; Colin Ottey, Doctor; Beverly Sparks, P.A.; PA Flury; R.N. Bill; Delores Adams, R.N.; Don Janice Gilmore, Defendants—Appellees.**

**No. 11–7168.**

United States Court of Appeals, Fourth Circuit.

Submitted: Nov. 15, 2011.

Decided: Nov. 18, 2011.

Joseph Lagana, Appellant Pro Se. Philip Melton Andrews, Ryan Alexander Mitchell, Kramon & Graham, PA, Baltimore, Maryland, for Appellees.

Before NIEMEYER and KEENAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Joseph Lagana appeals the district court's order granting appellees' motion for summary judgment. We have reviewed the record and find no reversible error. Accordingly, we deny Lagana's motion for appointment of counsel and affirm for the reasons stated by the district court. *Lagana v. Tessema,* No. 8:10–cv–03493–PJM, 2011 WL 3608204 (D.Md. Aug. 15, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*